1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
  | JENNIFER L. STENEBERG (State Bar No. 202985)
2 | JESSICA A. DAYTON (State Bar No. 231698)
  | THOMAS E. FRANKOVICH,
3 | *A Professional Law Corporation*
  | 2806 Van Ness Avenue
4 | San Francisco, CA 94109
  | Telephone:    415/674-8600
5 | Facsimile:     415/674-9900

6 | Attorneys for Plaintiffs
  | JAREK MOLSKI
7 | and DISABILITY RIGHTS
  | ENFORCEMENT, EDUCATION,
8 | SERVICES: HELPING YOU
  | HELP OTHERS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, | CASE NO. C04-04646 PVT |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT NANCY L. HOLM, dba A.W. SHUCKS, TO RESPOND TO COMPLAINT |
| v. | |
| A.W. SHUCKS; NANCY L. HOLM, dba A.W. SHUCKS, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR DEFENDANT NANCY L. HOLM, dba A.W. SHUCKS,
TO RESPOND TO COMPLAINT
CASE NO. C04-04646 PVT**

Case 5:04-cv-04646-JF   Document 16   Filed 10/04/05   Page 2 of 3

Plaintiffs JAREK MOLSKI and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, and defendant NANCY L. HOLM, dba A.W. SHUCKS, through their undersigned counsel stipulate as follows:

1. Defendant NANCY L. HOLM, dba A.W. SHUCKS is granted an extension of time to and including October 14, 2005 to answer or otherwise respond to plaintiffs' complaint.

2. In the event defendant NANCY L. HOLM, dba A.W. SHUCKS files a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the filing of said motion.

3. Defendant's counsel further stipulates that defendant will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendant's responsive pleading is due hereunder.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: September 30, 2005                THOMAS E. FRANKOVICH,
                                         *A PROFESSIONAL LAW CORPORATION*

                                         By: ____/s/ Jennifer L. Steneberg____
                                                 Jennifer L. Steneberg
                                         Attorneys for Plaintiffs JAREK MOLSKI and
                                         DISABILITY RIGHTSENFORCEMENT,
                                         EDUCATION SERVICES:HELPING YOU
                                         HELP OTHERS

DATED: September 30, 2005                PRO PER

                                         By: _____/s/ Nancy L. Holm_____
                                                 Nancy L. Holm, dba A.W. SHUCKS

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR DEFENDANT NANCY L. HOLM, dba A.W. SHUCKS,
TO RESPOND TO COMPLAINT
CASE NO. C04-04646 PVT**

2

## ORDER

Defendant NANCY L. HOLM, dba A.W. SHUCKS is hereby granted an extension of time to and including October 14, 2005 to answer or otherwise respond to plaintiffs' complaint.

IT IS SO ORDERED.

Dated: _____10/3_____, 2005

*Patricia V. Trumbull*
Magistrate Judge Patricia V. Trumbull
United States Magistrate Judge

**STIPULATION AND [PROPOSED] ORDER**
**EXTENDING TIME FOR DEFENDANT NANCY L. HOLM, dba A.W. SHUCKS,**
**TO RESPOND TO COMPLAINT**
**CASE NO. C04-04646 PVT**