|   |   |   |
|---|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414)<br>JENNIFER L. STENEBERG (State Bar No. 202985) | **E-filed 5/19/06** |
| 2 | JULIA M. ADAMS (State Bar No. 230795)<br>THOMAS E. FRANKOVICH, | |
| 3 | *A Professional Law Corporation*<br>2806 Van Ness Avenue | |
| 4 | San Francisco, CA 94109<br>Telephone:    415/674-8600 | |
| 5 | Facsimile:     415/674-9900 | |

6  Attorneys for Plaintiffs JAREK MOLSKI
7  and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAREK MOLSKI, an individual; and ) CASE NO. C04-04646 PVT
DISABILITY RIGHTS ENFORCEMENT, )
EDUCATION, SERVICES:HELPING YOU ) **NOTICE OF VOLUNTARY DISMISSAL**
HELP OTHERS, a California public benefit ) **AND [PROPOSED] ORDER THEREON**
corporation,                   )
                               )
        Plaintiffs,            )
                               )
v.                             )
                               )
A.W. SHUCKS; NANCY L. HOLM, dba )
A.W. SHUCKS,                   )
                               )
        Defendant.             )
_____)

Plaintiffs Jarek Molski and Disability Rights Enforcement, Education Services, by and through their counsel notice the dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. Plaintiffs further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

///

NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER THEREON

Therefore, IT IS HEREBY NOTICED by plaintiffs to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

Dated: May 16, 2006                THOMAS E. FRANKOVICH,
                                   *A PROFESSIONAL LAW CORPORATION*

                                   By:     /s/
                                         Julia M. Adams
                                   Attorneys for Plaintiffs JAREK MOLSKI and
                                   DISABILITY RIGHTS ENFORCEMENT,
                                   EDUCATION SERVICES:HELPING YOU
                                   HELP OTHERS

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: ___5/19_____, 2006

                                   ~~Magistrate Judge Patricia V. Trumbull~~
                                   ~~United States Magistrate Judge~~

                                   United States District Court Judge Jeremy Fogel